# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TIFFANY LIPKOVITCH,

                Plaintiff,        Case No. 11-cv-15081

v.

                                 Honorable Denise Page Hood

WAYNE COUNTY, A Municipal
Corporation, et al.,                 Magistrate Judge Mona K. Majzoub

                Defendants.

_____/

## County Defendants' Motion Exhibits

| Exhibit | No |
|---|---|
| Complaint and Jury Demand for *LIPKOVITCH 1* (Case No. 10-cv-13961) | 1 |
| Position Description - Police Officer | 2 |
| Michigan Department of Corrections – Complaint against Employee | 3 |
| Internal Affairs Interview – Corporal Tiffany Lipkovitch - March 25, 2010 | 4 |
| Handwritten Statement – Tiffany Lipkovitch – March 25, 2010 | 5 |
| Certification of Notification of Constitutional – March 25, 2010 | 6 |
| Internal Affairs Investigation Report, I.A. Case 2009-702, May 6, 2010 | 7 |
| Notice of Departmental Charges and Hearing, IAS Case # 2009-0702 | 8 |
| Wayne County Sheriff Standards of Conduct, Policy Number 7205 | 9 |
| Administrative Review and Determination Hearing Findings re: Corporal Tiffany Lipkovitch, IAS Case # 2009-0702 | 10 |
| Employee Discipline Report, May 24, 2010 | 11 |

| | |
|---|---:|
| Grievance Report, Grievance # 2010-23, 5/25/2010 | 12 |
| Letter of June 7, 2010 from Yvonne Holliday-Mickens to POAM Representatives Kenneth Grabowski and Gregory Hattaway | 13 |
| Excerpts from collective bargaining agreement between Wayne County and Police Officers Association of Michigan and | 14 |
| List of other Officers | 15 |
| Affidavit of Lisa Laginess | 16 |
| James Bullox – Discipline Documents | 17 |
| Leonard Davis – Discipline Documents | 18 |
| Patrick Flannery - Discipline Documents | 19 |
| Dorian Merriwether - Discipline Documents | 20 |
| Ronald Nunn - Discipline Documents | 21 |
| Kenneth Tillman - Discipline Documents | 22 |
| Derrick Woltz - Discipline Documents | 23 |
| Richard Perkins - Mini-Script of Deposition on August 3, 2011 | 24 |
| Debra Martin – Mini-Script of Deposition on August 3, 2011 | 25 |
| Gerard Grysko – Mini-Script of Deposition on August 10, 2011 | 26 |
| Tiffany Lipkovitch - Mini-Script of Deposition on July 21, 2011 | 27 |
| Opinion and Order of Dismissal for *LIPKOVITCH 1*, October 1, 2012 | 28 |
| Order of U.S. Court of Appeals Dismissing Appeal (Case No.12-2428) | 29 |
| Notice of Removal w/Complaint Attachments in *LIPKOVITCH 2* | 30 |
| Register of Actions from Wayne County Circuit re: *LIPKOVITCH 2* | 31 |
| *Hall v Wayne Cty. Dept of Public Services,* unpublished per curiam opinion of the Court of Appeals, issued May 17, 2005 (Docket No. 252162) | 32 |

/287225/